IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AVINA,                               No. CIV S-08-0020-LKK-CMK-P

        Plaintiff,

   vs.                                       <u>ORDER</u>

R. BAILEY, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 24, 2008, the court issued an order advising plaintiff that his complaint contained deficiencies in stating a claim regarding the verbal harassment and racial bias or discrimination he alleged.  The court also advised plaintiff that his complaint appeared to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) regarding his allegations of excessive force.  The court provided plaintiff an opportunity to file an amended complaint to try to cure the deficiencies identified.  Plaintiff chose not to file an amended complaint within the time allowed.[1]  Therefore, this case will proceed on the excessive force claims in plaintiff's original complaint.  In findings and recommendations issued separately, the undersigned will recommend the dismissal of plaintiff's claims regarding verbal

---

[1] Plaintiff did file a second application to proceed in forma pauperis on June 2, 2008.  However, plaintiff has already been granted leave to proceed in forma pauperis.  (<u>See</u> Doc. 7).  Therefore, the second application will be disregarded.

1

harassment and racial bias or discrimination.

If the allegations of excessive force are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on defendants Bailey and Moses;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed January 3, 2008; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;
   b. One completed summons;
   c. Two completed USM-285 form(s); and
   d. Three copies of the endorsed complaint filed January 3, 2008.

DATED: June 18, 2008

_____
 **CRAIG M. KELLISON**
 UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL AVINA, | No. CIV S-08-0020-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| R. BAILEY, et al., | |
| Defendants. | |
| _____/ | |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;

    ____    completed USM-285 form(s); and

    ____    copies of the complaint filed on January 3, 2008.

DATED: _____                       _____
                                                             Plaintiff