IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AVINA, | No. CIV S-08-0020-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| R. BAILEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for appointment of counsel, and request for an extension of time (Doc. 18).

Plaintiff states he needs "to postpone this case 3 weeks" because he is in administrative segregation and does not have access to his property. However, there is currently no outstanding deadline requiring any action on behalf of plaintiff. The United States Marshal has been directed to serve process on defendants Bailey and Moses. Service of process is currently still outstanding. Therefore, there is no pending deadline requiring an extension of time, and plaintiff's request will be denied.

/ / /

As to plaintiff's request for appointment of counsel, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  See <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  See <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not at this time find the required exceptional circumstances.

Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for an extension of time and the appointment of counsel are denied.

DATED: August 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE