IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AVINA, | No. CIV S-08-0020-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| R. BAILEY, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On June 18, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2008, are adopted in full;

2. Plaintiff's claims for violations of his Eighth Amendment rights (verbal harassment) and Equal Protection rights (intentional discrimination) are dismissed for failure to state a claim for which relief can be granted;

3. This case proceeds against the defendants on plaintiff's allegations of cruel and unusual punishment arising from the use of excessive force only; and

4. This matter is referred back to the magistrate judge for further proceedings.

DATED: August 19, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT