1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  MICHAEL AVINA,                                    No. CIV S-08-0020-LKK-CMK-P

12           Plaintiff,

13      vs.                                                    <u>ORDER</u>

14  R. BAILEY, et al.,

15           Defendants.

16  _____/

17           Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  On October 9, 2008, the court appointed attorney Angelito Remo Sevilla as

19  counsel for plaintiff.  In a letter filed with the court on October 21, 2008, counsel informed the

20  court that he is unable to represent plaintiff at this time.  Good cause appearing, counsel will be

21  relieved as counsel for plaintiff.

22           The court will appoint Joseph Wiseman as counsel for plaintiff.  This matter

23  remains set for a status/scheduling conference on January 29, 2009 at 10:00 a.m.  Plaintiff will be

24  granted additional time to file an amended complaint.

25           Accordingly, IT IS HEREBY ORDERED that:

26           1.      Attorney Angelito Remo Sevilla is relieved as counsel for plaintiff;

1

1    2.    Attorney Joseph Wiseman is hereby appointed as counsel for plaintiff.

2    3.    Plaintiff's counsel shall contact the Clerk of the Court to make

3  arrangements for copies of the file;

4    4.    This matter is set for a status/scheduling conference before the

5  undersigned on January 29, 2009 at 10:00 a.m. in the United States District Court in Redding,

6  California;

7    5.    Plaintiff is granted leave to file an amended complaint up to, and

8  including, January 20, 2009;

9    6.    The Clerk of the Court is directed to serve a copy of this order upon

10 Joseph Wiseman, Law Offices of Joseph Wiseman, 1477 Drew Avenue, Suite 106, Davis,

11 California, 95618.

12

13   DATED: October 28, 2008

14

15                                                          _____
                                                            **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26