IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AVINA, | No. CIV S-08-0020-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| R. BAILEY, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for a status/scheduling conference on January 29, 2009. Due to a conflict in the court's calendar, this matter is reset to January 26, 2009, at 10:00 a.m. before the undersigned in Redding, California. Counsel is reminded that telephonic appearances are allowed.

      IT IS SO ORDERED.

DATED: January 14, 2009

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE