**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**     **530.759.0700**
   **Facsimile:**     **530.759.0800**
**Attorney for Defendant**
**MICHAEL AVINA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL AVINA<br><br>          Plaintiff,<br><br>vs.<br><br>R. BAILEY; et al.,<br><br>          Defendants. | Case No. CV S 08-0020 LKK - CMK<br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS AND TO CONTINUE HEARING**<br><br>Date: May 21, 2009<br>Time: 10:00 A.M.<br>Judge: Honorable Craig M. Kellison |

     It is hereby stipulated and agreed to between plaintiff, MICHAEL AVINA, through his counsel of record, Joseph J. Wiseman, and Defendant, R. BAILEY, et al., through their counsel of record, Rebecca Bach, Deputy Attorney General, California Attorney General's Office, that the hearing on defendant's Motion to Dismiss be continued to May 21, 2009 at 10:00 a.m. and Plaintiff's Reply to Defendants' Motion to Dismiss be due May 7, 2009.

1

Stipulation And Proposed Order To Extend Time To File
Response To Motion To Dismiss And To Continue Hearing     Case No. CR S 08-0020 LKK - CMK

The parties have entered this Stipulation on the grounds that plaintiff's Reply to Defendants' Motion to Dismiss is now due on February 19, 2009, and the plaintiff's counsel needs additional time to research issues, review the Motion with client and to prepare for the hearing.

Dated:     February 18, 2009         Respectfully submitted,
                                     JOSEPH J. WISEMAN, P.C.


                                     By:   /s/  Joseph J. Wiseman
                                         JOSEPH J. WISEMAN
                                         Attorney for Plaintiff
                                         MICHAEL AVINA



                                     EDMUND G. BROWN JR.
                                     Attorney General of the State of California

                                     DAVID S. CHANEY
                                     Chief Assistant Attorney General

                                     ROCHELLE C. EAST
                                     Senior Assistant Attorney General

                                     DAVID A. CARRASCO
                                     Supervising Deputy Attorney General

                                     By:/s/ Rebecca L. Bach
                                     REBECCA L. BACH
                                     Deputy Attorney General
                                     Attorneys for Defendants Bailey and Moses

2

Stipulation And Proposed Order To Extend Time To File
Response To Motion To Dismiss And To Continue Hearing          Case No. CR S 08-0020 LKK -

CMK

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing in the above-captioned case is continued to May 21, 2009, at 10:00 a.m. with Plaintiff's Reply due May 7, 2009.

Dated:  February 18, 2009          /s/  Craig M. Kellison
                                   United States Magistrate Judge

3

Stipulation And Proposed Order To Extend Time To File
Response To Motion To Dismiss And To Continue Hearing          Case No. CR S 08-0020 LKK - CMK