IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL AVINA, | | No. CIV S-08-0020-LKK-CMK-P |
| | Plaintiff, | |
| vs. | | ORDER |
| R. BAILEY, et al., | | |
| | Defendants. | |
| _____ / | | |

Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Defendants' unopposed motion to dismiss, on calendar for May 21, 2009. The court finds this matter appropriate for submission on the papers without oral argument. See Local Rule 78-230(h). The court has the power to reopen the matter for further briefs, oral arguments, or both if the court deems it necessary. See id. Therefore, the hearing set for May 21, 2009, at 10:00 a.m. is hereby vacated and this matter is submitted.

IT IS SO ORDERED.


DATED: May 18, 2009

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 **CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

1